Alfred Nelson, appellee, v. Carroll C. Figge and Bernhard P. Bohringer, trading as Chicago Waterproofing & Roofing Company, appellants. Gen. No. 32,858.

605

Heard in the first division of this court for the first district at the June term, 1928. Opinion filed January 21, 1929. Rehearing denied February 4, 1929.

West & Eckhart, for appellants. Frederick A. Bangs and Martin Crane, for appellee; Martin Crane, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.